IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                    Criminal No. 09-50090

BILLY CRAIG UNDERWOOD                                       DEFENDANT/MOVANT

**O R D E R**

Now on this 2nd day of October, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #73) entered by United States Magistrate Judge Setser in this matter, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #73) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the defendant's **Motion for Leave to Appeal in Forma Pauperis** and **Motion for Certificate of Appealability** (documents #70 and 71) are **denied.**

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE